IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AARON A. BEAUCHAMP | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 4:24-cv-157 |
| | § | |
| USHEALTH ADVISORS, L.L.C. | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT**

Comes now Plaintiff and files this Second Amended Original Complaint ("Complaint") and would demonstrate the following:

## I. Parties

1. Plaintiff is an individual residing in Texas at 10110 Loving Trail Drive, Frisco, Texas 75035. Plaintiff can be served with process by delivering documents and pleadings in this matter to the Law Office of Bryan White, PLLC, 116 South Crockett Street, Sherman, Texas 75090.

2. Defendant, upon information and belief, is a Minnesota limited liability company. Defendant has previously been served with process in this matter.

## II. Jurisdiction and Venue

3. This Court has subject jurisdiction in this matter pursuant to 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Namely, Plaintiff brings suit under 47 U.S.C.§ 227, a federal statute.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2) and (3).

/

## III. Background

5. Plaintiff is an individual. Defendant sells individual health insurance plans and supplementary healthcare products. Part of Defendant's marketing strategy is to use an automatic telephone dialing system ("ATDS") in an attempt to establish a business relationships with consumers. Therefore, Defendant is subject to the restrictions under 47 U.S.C. § 227(b), the Telephone Consumer Protection Act ("TCPA").

6. The TCPA prohibits the use of a ATDS to direct phone calls and other communication to potential consumers without prior express written consent of the called party. The TCPA contains a private right of action for violations of the statute. The private right of action contains a statutory damages provision for violations of the TCPA.

7. In November of 2023, Plaintiff received several text messages that were generated by Defendant's ATDS.[1] These text messages were related to health insurance plans brokered by Defendant. Plaintiff's phone number is 469.525.6741. Since January 1, 2009, Plaintiff's number has been registered with the National Do Not Call Registry. Plaintiff has never given Defendant express written consent to make these calls and texts and has never provided his number to Defendant. The texts were unsolicited. The following is a summary of the calls placed by Defendant to the phone number 469.525.6741:

i. November 11, 2023, 10:08 a.m. central standard time: 816.393.0924;

ii. November 11, 2023, 5:40 p.m. central standard time: 816.393.0924;

iii. November 11, 2023, 10:08 a.m. central standard time: 816.393.0924;

iv. November 12, 2023, 9:32 a.m. central standard time: 816.393.0924;

---

[1] An ATDS is a piece of technology that has the capacity to store or produce telephone numbers to be called, and to dial such numbers without human intervention. ATDS technology can also be used to send pre-recorded or artificial voice messages.

v. November 13, 2023, 11:43 a.m. central standard time: 816.393.0924;

vi. November 13, 2023, 11:49 a.m. central standard time: 816.393.0924;

vii. November 13, 2023, 12:02 p.m. central standard time: 816.393.0924;

viii. November 13, 2023, 12:03 p.m. central standard time: 816.393.0924;

ix. November 13, 2023, 12:08 p.m. central standard time: 816.393.0924;

x. November 13, 2023, 12:32 p.m. central standard time: 816.393.0924;

xi. November 13, 2023, 12:36 p.m. central standard time: 816.393.0924;

xii. November 13, 2023, 12:38 p.m. central standard time: 816.838.3192;

xiii. November 13, 2023, 12:38 p.m. central standard time: 816.838.3192;

xiv. November 13, 2023, 12:38 p.m. central standard time: 816.838.3192;

xv. November 13, 2023, 12:38 p.m. central standard time: 816.838.3192;

xvi. November 13, 2023, 2:41 p.m. central standard time: 816.393.0924;

xvii. November 13, 2023, 2:43 p.m. central standard time: 816.393.0924;

xviii. November 13, 2023, 2:48 p.m. central standard time: 816.393.0924;

xix. November 13, 2023, 2:48 p.m. central standard time: 816.393.0924.

8. In order to ascertain the source of the unsolicited calls, Plaintiff "played along" with the messages and expressed interest.[2] This was how Plaintiff discovered the source of the calls came from Defendant. In fact, Plaintiff discovered the identity of the agent through LinkedIn.

8. Therefore, Plaintiff brings this suit for violations of the TCPA. Plaintiff seeks statutory damages against Defendant pursuant to the TCPA's statutory damages provision.

## IV. Causes of Action

---

[2] "The fact that [Plaintiff] 'play[s] along' with telemarketing scripts to 'find out who [they] really are' is not as devious as Defendant suggests. A plaintiff must know the name of the telemarketer that violated the TCPA in order to bring suit against it, and the content of the message can help prove that it was a solicitation." *Shelton v. Nat'l Gas & Elec., LLC,* N0. 17-4063, 2019 U.S. Dist. LEXIS 59235, at *12 (E.D. Pa. Apr. 5, 2019).

**COUNT 1 – Violation of the Telephone Consumer Protection Act**

8. Plaintiff incorporates by reference all allegations in the previous paragraphs.

9. During November of 2023, Defendant called Plaintiff's telephone number.

10. Defendant initiated such calls utilizing an ATDS, a reflected by the 19 calls from two different phone numbers, some of which are minutes apart.

11. The calls contained an artificial or prerecorded voice message.

12. The calls were made without Plaintiff's express written consent.

13. Such conduct constitutes multiple violations of the TCPA.

14. Plaintiff seeks damages pursuant to the TCPA.

## V. Conclusion

Wherefore, premises considered, Plaintiff prays that this Court issue judgment in its favor, statutory damages in the maximum amount, reimbursement for reasonable attorney's fees and costs of court, for pre-and post-judgment interest, and for all further relief this Court deems just and equitable.

Respectfully submitted,

**LAW OFFICE OF BRYAN WHITE, PLLC**

*/s/ Bryan White*
Bryan White
State Bar No. 24128204
Bryan@bryancwhitelaw.com
116 South Crockett Street
Sherman, Texas 75090
903.487.4371 – phone
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this documents was served on all parties in this matter, *via* the Court's e-filing system on June 20, 2024.

*/s/ Bryan White*
Bryan White