IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AARON A. BEAUCHAMP, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No. 4:24-cv-157-SDJ-BD |
| | § | |
| USHEALTH ADVISORS, L.L.C., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS**

THIS MATTER comes before the Court on USHEALTH Advisors, L.L.C.'s ("USHA") Motion to Dismiss (the "Motion"). The Court being fully advised, hereby GRANTS the Motion. Plaintiff's claims against USHA are hereby dismissed with prejudice.

SO ORDERED.